

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00141-CV

**IN RE D.R.**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: May 31, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On February 27, 2023, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2021-PA-01167, styled *In the Interest of D.R., a Child*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.